**Opinion issued March 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00826-CV

———————————

## IN THE INTEREST OF A.L.D.L., a Child

On Appeal from County Court at Law No. 1
Galveston County, Texas
Trial Court Case No. 14FD2183

## MEMORANDUM OPINION

N.H. filed a private suit to terminate the rights of six-year old A.L.D.L.'s biological parents, P.S.D. (Mother) and W.J.L. (Father), and to have N.H. appointed as the child's sole managing conservator. After a bench trial, the trial court issued an order granting N.H. all of the relief she had requested. Mother has filed a pro se appeal asking this Court to reverse the trial court's termination order. Rather than

arguing in support of the order, N.H. confesses that the order is not supported by the record and asks this Court to reverse the order and remand for further proceedings. Because both parties are asking this Court to reverse the trial court's order, we will oblige.

We reverse the trial court's order and remand for a new trial.


Russell Lloyd
Justice


Panel consists of Justices Bland, Brown, and Lloyd.